■ In the Matter of IRVING HOCHBERG et al., Petitioners, v

WILLIAM J. DAVIS, as Justice of the Supreme Court of the State of New York, New York County, Respondent█

█Concur—Rosenberger, J. P., Ellerin, Wallach, Kassal and Rubin, JJ.